# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,               )
                                        )
        Plaintiff,                      )        Case 4:14-cr-00099-BLW
                                        )
v.                                      )        **REPORT AND**
                                        )        **RECOMMENDATION**
MIGUEL GUTIERREZ-MUNOZ                  )
                                        )
        Defendant.                      )
_____)

On March 26, 2015, Defendant appeared before the undersigned United States

Magistrate Judge to enter a change of plea pursuant to a written plea agreement.

Defendant executed a written waiver of the right to have the presiding United States

District Judge take his change of plea. Thereafter, the Court explained to Defendant the

nature of the charges, the maximum penalties applicable, his constitutional rights, the

effect of the Sentencing Guidelines, and that the District Judge would not be bound by

any agreement of the parties as to the penalty to be imposed. Further, the undersigned

ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant

and his counsel, and counsel for the United States, the Court concludes that there is a

factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with

full knowledge of the consequences, and that the plea should be accepted. The

undersigned also ordered a pre-sentence investigation to be conducted and a report

prepared by the United States Probation Office.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1. The District Court accept Defendant's plea of guilty to Count 1 of the Superseding Indictment (Docket No. 27).

2. The District Court **GRANT**, at the appropriate time, the United States' Motion to Dismiss Count 6 of the Superseding Indictment (Docket No. 27) as to Defendant.

3. ~~The District Court order forfeiture consistent with~~ Defendant's admission to ~~the Criminal Forfeiture allegation in the Superseding Indictment (Docket No. 27) and/or the Plea Agreement (Docket No. 41).~~ *government to announce Forfeiture Allegation*

Written objections to this Report and Recommendation must be filed within *at Sentencing hearing per* fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **March 26, 2015**

*Ronald E. Bush*
_____
Honorable Ronald E. Bush
U. S. Magistrate Judge